UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Benny Kraft, et al., <br>     Plaintiffs, <br><br> -v- <br><br> State Farm Fire and Casualty Company, <br>     Defendant. | No. 1:17-cv-1101 <br><br> HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the jury verdict returned and entered on October 3, 2019, and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters for Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Date: October 7, 2019　　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge